UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DDR-SAU JACKSON WEST TOWNE, LLC** | ) |
| | ) |
| v. | ) Civil Action No. 3:14-0909 |
| | ) Judge Nixon/Knowles |
| **NICOLAAS PETERS, et al.** | ) |

### O R D E R

The Initial Case Management Conference previously set for May 29, 2014, at 11:00 a.m. is hereby rescheduled for **June 6, 2014, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge