IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DDR-SAU JACKSON WEST TOWNE, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| | ) | CASE NO. 3:14-0909 |
| vs. | ) | JUDGE NIXON/KNOWLES |
| | ) ) | |
| NICOLAAS PETERS, JUDY PETERS, RAJESH AGGARWAL, REITA AGGARWAL, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Initial Case Management Conference currently scheduled for July 1, 2014, at 10:00 a.m. is hereby continued and will be reset by a separate Order.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge