# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DDR-SAU Jackson West Towne, L.L.C., | ) |
| | ) Case No. 3:14-cv-0909 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| | ) |
| Nicolas Peters, et al., | ) |
| | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants Nicolas Peters and Judy Peters (Docket Entry No. 18). Defendants have been served have not responded within the time period permitted by law. Accordingly, the Clerk hereby enters default against Defendants Nicolas Peters and Judy Peters pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court