UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DDR-SAU JACKSON WEST TOWNE, LLC )
                                                                          )
v.                                                                     ) **Civil Action No. 3:14-0909**
                                                                          ) **Judge Nixon/Knowles**
**NICOLAAS PETERS, et al.**                     )

## O R D E R

The Initial Case Management Conference is set for August 19, 2014, at 11:00 a.m before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

                                                                                      
E. CLIFTON KNOWLES
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | |
| KATHLEEN McFEETERS ) | |
| ) | **FILED UNDER SEAL** |
| v. ) | **Civil Action No. 3:13-0467** |
| ) | **Judge Campbell/Knowles** |
| NORTHWEST HOSPITAL, LLC, et al. ) | |

## O R D E R

The Initial Case Management Conference in this action is hereby rescheduled for **May 6, 2014, at 10:00 a.m.** The parties are directed to confer on a Proposed Initial Case Management Order for the progression of this case, which shall be filed three (3) days prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge