UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DDR-SAU JACKSON WEST TOWNE, L.L.C. | ) ) ) | |
| v. | ) ) | NO. 3:14-0909 JUDGE CAMPBELL |
| NICOLAAS PETERS, et. al. | ) | |

ORDER

This case has been reassigned to the undersigned Judge (Docket No. 22).

This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent order of the District Judge.

This case shall be set for trial upon completion of the initial case management conference by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.

                                                                                                    _____
                                                                                                     TODD J. CAMPBELL
                                                                                                     UNITED STATES DISTRICT JUDGE